|1|
|2|
|3|
|4|
|5|
|6|
|7|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: ED 15-00145M |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING |
| v. | ) | FURTHER REVOCATION PROCEEDINGS |
|  |  | (FED.R. CRIM. P.32.1(a)(6); 18 |
| JOSE E. AQUILAR, | ) | U.S.C. § 3143(a) (1)) |
| Defendant. | ) |  |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  NORTHERN  District of  California  for alleged violation(s) of the terms and conditions of probation or supervised release; and

   Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

   (x) information in the Pretrial Services Report and Recommendation

   (x) information in the violation petition and report(s)

   (x) the defendant's nonobjection to detention at this time

   (x) other:  Unverified background information
             Unknown bail resources
       and/or

1  B. ( )    The defendant has not met his/her burden of establishing by clear and
2              convincing evidence that he/she is not likely to pose a danger to the safety
3              of any other person or the community if released under 18 U.S.C. §
4              3142(b) or (c).  This finding is based on the following:
5             (x)  information in the Pretrial Services Report and Recommendation
6             (x)  information in the violation petition and report(s)
7             (x)  the defendant's nonobjection to detention at this time
8                ( ) other: _____
9
10  IT THEREFORE IS ORDERED that the defendant be detained pending the further
11 revocation proceedings.
12
13 DATED:  April 21, 2015                        _____
                                                                  KENLY KIYA KATO
14                                                          UNITED STATES MAGISTRATE JUDGE